

**Wally Shaykhoun ▶ MAMA BLACKLIST / ALERT/ DISPUTE**

Zojuist ·

WARNING ALL MOTHER AGENCIES TO STAY THE HELL AWAY FROM INDUSTRY MODEL MANAGEMENT LA AND NYC OFFICES. THE OWNER FEDERICO PIGNATELLI IS A SEXUAL PREDATOR. THEY ARE ALSO POACHING MODELS FROM MOTHER AGENCY'S. I KNOW AS I'M IN THE MIDLE A BATTLE OVER A GIRL THEY ARE POACHED. THEY ALSO HIRED Brunella Casella THE OLD AND CAREER DEAD MODEL AGENT FROM ELITE MODELS MILAN AND WOMAN NYC. YOU DO NOT WANT TO WORK WITH THESE PEOPLE THERE ONLY PROBLEMS TO BE HAD. ALSO THERE IS A PHOTOGRAPHER ALSO PARTY PROMOTER NAMVED VICTOR ROBERTOF WHO IS INVITING GIRLS TO PIER 59 STUDIOS TO ASSIT IN PAOCHING VIA MAKING THE GIRLS TEST. YOU HAVE BEEN WARNED!!!

