# MARK L. CORTEGIANO

**ATTORNEY AT LAW**
65-12 69th Place
Middle Village, NY 11379

Telephone: (718) 894-9500      Facsimile: (718) 326-3781

February 8, 2017

**Via ECF**
Hon. Richard Berman
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17B
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/8/17
```

    Re:    **Federico Pignatelli v. Wally Shaykhoun et al.**
             **Civil Action No.: 1:16cv-09930-RMB**

**MEMO ENDORSED**

Dear Judge Berman:

    I represent the plaintiff, Federico Pignatelli, in the above referenced matter. This matter is scheduled for an initial pre-trial conference on February 13, 2017. I am writing to request that the conference be adjourned for 30 days, to March 15, 2017.

    Defendants were served with the summons and complaint in this action on February 6, 2017. Copies of the affidavits of service on the defendants are attached hereto. To date, defendants have not answered or otherwise appeared in this action. Accordingly, Plaintiff requests that the initial pre-trial conference be adjourned to March 15, 2017 in order to give the defendants time to answer and to allow the parties the opportunity to confer and complete the case management plan as requested by this Court.

    Thank you in advance for your courtesy.

                               Respectfully submitted,

                               /s/Diana J. Demirdjan

                               Diana J. Demirdjan

---

Conference adjourned to March 22 at 10:00 a.m.

SO ORDERED:
Date: 2/8/17    /s/ Richard M. Berman
                  Richard M. Berman, U.S.D.J.