Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2017 FEB 17 PM 1:56
S.D. OF N.Y.

Federic Pignatelli

Write the full name of each plaintiff or petitioner.

Case No. 1:16 cv 09930-R-M13

-against-

Wally Shaykhoun
Immortal-Model Mangment

Write the full name of each defendant or respondent.

Letter re: Extension of time to Answear

Dear Judge Bermer, Im writing to you to ask for an etention of time to answer on behalf of my self & Immorta Model Managment,
We are asking for anppaltni to find an afferney to Represent Both of us.

02/17/2017
Dated

Signature: Wall Shayk

Name: Wally Shaykhoun

Prison Identification # (if incarcerated)

Address: 825 West End Ave
City: NYC
State: NY
Zip Code: 10025

Telephone Number (if available): 917-254-1694

E-mail Address (if available): WallyShaykhoun@Me-com