Wally Shaykhoun
825 West End Ave.,
New York, NY 10025
(917) 254 1694

2017 MAR -7  PH 4: 00
S.D. OF N.Y.
SDNY PRO SE OFFICE
RECEIVED

March 1, 2017

The Honorable Richard Berman
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: Federico Pignatelli v. Wally Shaykhoun et al.
Civil Action No.: 1:16cv – 09930 - RMB

Dear Judge Berman,

I am writing on behalf of myself and Immortal Model Management, operated by my wife, Svetlana
Shaykhoun who is a US Citizen and resident citizen of New York City.

Svetlana Shaykhoun is doing business as Immortal Model Management in Slovenia where Mr.
Pignatelli also owns businesses and properties (see attached). My wife, Svetlana Shaykhoun is the
sole proprietor. I am neither an officer or a co-owner of Immortal Model Management.  I am merely
helping my wife as a consultant.

I have reason to believe that this court lacks jurisdiction over this case because there is no complete
diversity.  Plaintiff alleges that he is a citizen of California but in a case from 2014 against his co-op
board Mr. Pignatelli alleged that he had lived in New York City since 1992.  I have visited Mr. Pignatelli
in this same NYC apartment, his home in 2016 and I believe that he continues to reside there.  I
therefore request a motion that this case be dismissed for reason of Lack of Complete Diversity of
Citizenship.

I attach a copy of the 2014 law suit as well as recent news article indicating that Mr. Pignatelli is a
NYC Resident.

Thank you for your consideration in this case.

Yours truly,

Wally Shaykhoun

CC:       Mark L. Cortegiano, Attorney at Law

65-12 69th Place, Middle Village, NY 11379

PH: 718-894-9500

YSCEF DOC. NO. 2                                                    RECEIVED NYSCEF: 06/30/201

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**
-------------------------------------------------------------------X

**FEDERICO PIGNATELLI**                                Index No.          /14

              **Plaintiff,**

                                                 **COMPLAINT**

          -against-

**WEST BROADWAY ARCHES, INC.,** and
**BUCHBINDER & WARREN, LLC.,**

              **Defendants**
-------------------------------------------------------------------X

        Plaintiff Federico Pignatelli ("Plaintiff") by his attorneys Gallet, Dreyer, &

Berkey, LLP, as and for his Complaint hereby alleges as follows:

### AS AND FOR A FIRST CAUSE OF ACTION

        1.     At all times hereinafter mentioned, plaintiff, was and still is resident of the

City, County, and State of New York, and since on or about May, 1992, resides at and is

the owner of shares and the proprietary lease allocated to cooperative apartment number

6-H, at 468 West Broadway, New York, New York, which is a duplex including a

bulkhead that contains windows with a view of the roof ("subject apartment").

        2.     At all times hereinafter mentioned, defendant West Broadway Arches, Inc.

("West Broadway" ) was and still is a domestic corporation and is the cooperative

corporation which is the owner of the land and building in which the subject apartment is

located and which includes 140 Thompson Street, and 468 West Broadway, New York,

New York ("subject building").

        3.     At all times hereinafter mentioned, defendant Buchbinder & Warren, LLC.

("B & W") is the managing agent of West Broadway, maintains offices at One Union

Square West, New York, New York, and is responsible for maintaining and operating the subject building for the benefit and protection of plaintiff and the other shareholders and tenants in the subject building.

4.    West Broadway is the lessor pursuant to a Proprietary Lease with plaintiff as lessee, for the subject apartment dated on or about April 30, 1992.

5.    The prior owners of the subject apartment were Oscar and Barbara Tejeda, ("Prior Owners") who were the original purchasers of the apartment since December 20, 1978, and sold the apartment to Plaintiff.

6.    On the very first page of the Proprietary Lease issued to Prior Owners dated December 20, 1978, and assigned to Plaintiff, is the following paragraph entitled "Demised Premises Term":

> " **'the leased space'** designated by the above stated number, **means the area and rooms in the building** as partitioned on the date of execution of this lease **together with** their appurtenances and fixtures **and any closets, roof, or portion thereof outside of said partitioned rooms** which, subject to the provisions of Paragraph 7 hereof are **or is allocated by the Board of Directors of the Lessor** (hereinafter called the "Directors") **to the exclusive use of the occupant of the lease space."** (emphasis added)

7.    This exact provision is included in the Proprietary Lease issued to Plaintiff and is in the form Proprietary Lease included in the Offering Plan dated October 16, 1978.

8.    The Prior Owners, throughout their ownership of the subject apartment installed and maintained a wooden roof deck and various lounge chairs and other furniture on the roof area appurtenant to the subject apartment near the bulkhead on the roof of the subject building.

9.      The Prior Owners throughout their ownership of the subject apartment had exclusive use of said roof area.

10.     The principle reason Plaintiff purchased the subject apartment was because of this exclusive roof area.

11.     The Board of Directors ("Board") knew Plaintiff wanted to continue such exclusive use.

12.     The Board had no objection to such use by Plaintiff.

13.     From the date of Plaintiff's ownership of the subject apartment, through on or about April, 2014, Plaintiff has similarly maintained the subject wooden roof deck and furniture, and had exclusive use of said areas of the roof.

14.     The Cooperative performed a replacement of the roof surface sometime in or about 2014.

15.     Plaintiff consented to the temporary removal and storage of the wooden deck and other personal property so that the roof replacement work could be effected.

16.     Sometime on or about April, 2014, the Cooperative advised Plaintiff that he would not be permitted to use the roof area, and that his property would not be permitted on the roof.

17.     In correspondence in or about June 2014, the Cooperative and its attorneys advised Plaintiff that he had to remove remaining personal property on the roof by the end of June, 2014.

18.     Plaintiff, through his attorneys, by letters in April, and June 2014, advised the Cooperative, *inter alia*, of the provision in the Proprietary Lease that defined "Leased space" as including the roof area appurtenant to the subject apartment.

3

19.     The Cooperative does not contest that Plaintiff has had exclusive use of the roof area and maintained the roof deck and furniture in said area during his ownership of the subject apartment.

20.     The Cooperative does not contest that Prior Owners had exclusive use of the roof area and maintained the roof deck and furniture on said area during their ownership of the subject apartment between 1978 and 1992.

21.     Pursuant to paragraph 10 in the Proprietary Lease entitled "Quiet Enjoyment", Plaintiff is entitled, at all times, to "quietly have, hold and enjoy the leased space without any let, suit, trouble, or hindrance from [the Cooperative]" (bracketed material added).

22.     Emergency affirmative injunctive and declaratory relief is required in order to prevent Plaintiff, from suffering irreparable injury due to the "self-help" unilaterally about to me implemented by Defendants in removing Plaintiff's property from the roof and precluding him from use of said roof area.

23.     Plaintiff has no adequate remedy at law, against the Defendants.

### AS AND FOR A SECOND CAUSE OF ACTION

24.     Plaintiff repeats and realleges the allegations in paragraphs 1 through 23 above, as if more fully stated herein.

25.     The Cooperative has breached its obligations to Plaintiff pursuant to the terms of the Proprietary Lease.

26.     By reason of the above, Plaintiff is entitled to monetary damages in an amount to be determined by the Court, but believed to be in excess of $250,000.

## AS AND FOR A THIRD CAUSE OF ACTION

27.     Plaintiff repeats and realleges the allegations in paragraphs 1 through 23, and 24 through 26 above, as if more fully stated herein.

28.     Pursuant to Paragraph 28 of the Proprietary Lease the Cooperative is entitled to attorney's fees if Plaintiff is in default under the terms of the Lease.

29.     Pursuant to law that provision is deemed reciprocal, and Plaintiff is entitled to reasonable attorney's fees incurred in the event of by the Cooperative.

30.     Plaintiff was required to retain an attorney to respond to the Defendants' efforts to eliminate his rights to use of the roof area appurtenant to the subject apartment, and to prosecute this action.

31.     Plaintiff is entitled to a judgment for the attorneys so incurred in an amount to be determined by the Court but is believed to be in excess of $25,000.

WHEREFORE, plaintiff demands judgment against the defendants as follows:

(a)     Granting plaintiff declaratory and injunctive relief on the first cause of action against the Defendants;

(b)     Awarding Plaintiff a money judgment on each of the other causes of action set forth herein against all of the defendants jointly and severally;

(c)     Awarding Plaintiff attorneys' fees, costs, and disbursements against all of the defendants jointly and severally; and

(d)     Such other and further relief as this Court considers just and proper.

Dated:      New York, New York
            June 28, 2014

                        Yours, etc.

                        GALLET DREYER & BERKEY, LLP.

                        By: _____
                                Morrell I. Berkowitz
                        Attorneys for Plaintiff
                        845 Third Avenue 8th floor
                        New York, New York 10022
                        (212) 935-3131

Febvwbway.compl.0614
00521539

6



Prince Federico Pignatelli in his polished SoHo loft, which still has its original beams.

**REAL ESTATE**

# Donald Trump partied in this Italian prince's bachelor pad

By Raquel Laneri

January 13, 2016 | 7:27pm

At first glance, Federico Pignatelli's spacious West Broadway penthouse looks like the ne plus ultra of bachelor pads. The open, 2,800-square-foot space contains everything an international playboy could desire: minimal furniture, a luxurious wooden sauna, a dizzying amount of gadgets, and black-and-white photos of naked women hanging on almost every wall (including Richard Avedon's famed 1991 portrait of a nude Nastassja Kinski with a serpent, which takes center stage above a white sectional couch in the living room).

But the 52-year-old Italian prince, investment banker, real estate developer and owner of Pier 59 photography studios — seriously, that's not even the half of it — says what really attracted him to the apartment, back when he bought in 1991, was its peace and quiet.

"You don't hear anything," says the tanned noble (he's just returned from Art Basel Miami Beach). He speaks in a lolling Italian accent as he sits at his dining room table facing the Avedon. "It's like being in the countryside. It's fantastic."

Not that Pignatelli is exactly a recluse: the yachts, the occasional scandal, the coterie of famous photographers and socialites. The inside cover of his new coffee table book, "The Great Beauty," which commemorates 20 years of Pier 59 and which Pignatelli shot himself on location at the famed Getty Villa in Rome, includes a list of names of the VIPs who have dropped by his studios, including Sting, both President Bushes, and even Monica Lewinsky. "Very sweet girl," he recalls of the infamous White House intern. Of President Bill Clinton: "You could really have a conversation with the man."



Pignatelli designed the coffee table, and the famed Avedon photo holds pride of place above the couch.
*Anne Wermiel/NY Post*



His loft has seen its fair share of action, too. "I've had parties here with 200 people. Ivana Trump came here. Donald Trump came here" — no word of what Pignatelli, a supporter of refugee causes, makes of the latter's presidential bid. "But it's been 10 years since I've had a party here. Now I just do it at the studio."

You could say that Rome-born Pignatelli comes from a family of bon vivants. His mother, the Princess Doris Pignatelli, a fixture of iconic nightclub "Cafe Society" in her day, even appeared in "La Dolce Vita," Federico Fellini's cinematic ode to excess and decay. But the young prince was a bit of a rebel. "I grew up very independent, as my parents were separated and I did not see much of them," he says. "I skipped school any opportunity I could. I was a bad student."

The sauna rounds out the bachelor pad.
*Anne Wermiel/NY Post*

Instead, Pignatelli had other talents. At 14, he was buying and selling used motorcycles. At 17, he was dealing in contemporary art. He somehow turned a hobby of photographing his beautiful girlfriend into a gig shooting new faces for an Italian modeling agency. Eventually, he transferred his hustling skills over to finance and real estate, working in Switzerland and London before ending up in New York City in 1987, and falling in love with SoHo shortly thereafter.

When he first saw the penthouse on West Broadway, he liked the location, and the fact that it was on the top floor, but not much else. Fortunately, his experience in art and real estate — he once bought an entire 15th-century village in Umbria and restored all 50 abandoned houses there — had him pretty confident that he could re-design the interior himself. He purchased the loft, moved into a hotel for six months. and completely gutted the whole thing.



"I wanted it to feel very New York," he says. "This used to be a printing facility, and I like that industrial feel about it."

One enters through a long corridor, with warm wood floors and glossy black-and-white portraits hanging on the walls, all gifts from his fotog friends. The main, open-floor space — where the living area, dining room, kitchen and bedroom all bleed into one another — includes white-brick barriers (which Pignatelli

A decorative mirror enlivens Pignatelli's bedroom

A decorative mirror enlivens Pignatelli's bedroom.

original walls to block out sounds from his next-door neighbors), exposed pipes and a clean white couch and minimal coffee table that he designed.

But he's offset that sort of modernism with treasures collected from his travels abroad: flat kilim rugs "woven in the Saharan desert," a pair of antique Indonesian beds, embroidered Moroccan pillows, and a round mandala that can light up and change colors via a simple switch.

The only thing Pignatelli kept from the previous owner? A sculpture that stands next to the sofa in the living area. "It's just a beautiful piece of stone, so I left it there in the corner," he says. "Plus, it's extremely heavy, so to move it would be a big undertaking!"

Pignatelli actually has two other homes: one in Rome, and one in Los Angeles, where his 12-


Art of naked women adorns the exposed brick walls, while wooden cabinets offer understated storage.

year-old daughter lives with her mother, his ex-girlfriend.

"My daughter has been visiting me more and more," he says proudly, pointing to a stuffed animal left on a floor-to-ceiling bookshelf. "She's an incredible swimmer, and she loves navigating my yacht, so we share that passion. Photography, too. She's an excellent photographer!"

But Pignatelli considers his New York apartment his "hideaway," for now at least. He's actually converting the upstairs solarium into a bedroom for his daughter — she now sleeps in the Indonesian daybed (pictured above) near the entrance to the main room.

"I've slowed down a lot, and I realized that my place is very much a bachelor's place," he says. "I'm in the process of transforming it into less of a bachelor's


An Indonesian daybed. The mandala above has a lighting fixture behind it that changes color.


The solarium, with a view of One World Trade Center, that Pignatelli is converting into a bedroom for his 12-year-old daughter.

place."

FILED UNDER   **APARTMENTS**, **AT HOME WITH**, **DONALD TRUMP**, **ITALY**, **PHOTOGRAPHY**

# DOWNTOWN (http://www.downtownmagazinenyc.com)

f (http://www.facebook.com/downtownmag) 🐦

(http://www.twitter.com/downtownmag/) 📷

(https://www.instagram.com/downtownmagnyc) 

## PRINCE FEDERICO PIGNATELLI DELLA LEONESSA ON HIS NEW BOOK, PIER59 STUDIOS, INDUSTRY MODEL MANAGEMENT & MORE

DARREN PALTROWITZ (HTTP://WWW.DOWNTOWNMAGAZINENYC.COM/AUTHOR/DARREN-PALTROWITZ/)  ×  SEPTEMBER 29, 2016



(content/uploads/2016/09/image-4.jpg)

Prince Federico Pignatelli della Leonessa (http://federicopignatelli.com) is not just the founder, owner and president of Pier59 Studios (www.pier59studios.com), the largest photography studio in the world. He is also the founder and president of the Art and Fashion Group (http://federicopignatelli.blogspot.com/p/art-and-fashion-group.html). He is also the owner of Industry Model Management, which has a new office in New York City. The SoHo resident is also a top photographer.

The photography of Prince Federico is showcased in his new hardcover book, _The Great Beauty (https://www.amazon.com/Great-Beauty-Federico-Pignatelli-Leonessa/dp/3832733590)_. Beyond offering breathtaking photographs, _The Great Beauty_ is also distinct in using images taken by both the Hasselblad digital camera and the 6K RED Dragon high-resolution camcorder. All proceeds for the book will reportedly go to the International Rescue Committee (www.rescue.org).

*Downtown* caught up with Prince Federico for some Q&A about his various businesses prior to New York Fashion Week. He also introduced us to Christina Neault (https://fashionweekdaily.com/pier59-studios-welcomes-christina-neault-as-its-fashion-programming-consultant/), the Global Fashion & Events Consultant & Director of Fashion Programing for Pier59 Studios, and Brunella Casella, Vice President of Industry Model Management (http://www.industrymodelmanagement.com/about/).

More info on all things Prince Federico — including *The Great Beauty* — can be found at www.pier59studios.com (http://www.pier59studios.com).



Pier59 Studios
(http://www.downtownmagazinenyc.com/wp-content/uploads/2016/09/studio_45_2.jpg)

*You started off in real estate and then moved into the art world. Was there a specific person that inspired that?*

Prince Federico Pignatelli della Leonessa: I started as a financial journalist and then moved to real estate and later finance as to became an investment banker. I was so fully immersed in business, but always with an unabated passion for photography and videography, that I practiced at any opportunity in my free time. It was not a person that inspired me, but my inner passion for visual art!

*How would you describe your new book to someone that hasn't yet seen it?*

PF: Unusual, provocative...all about a fantastic dream of elegance, sensuality and life at its best!

*Do you have a favorite piece of art within there?*

PF: The women! To me a beautiful woman is an expression of art...alive expressions of art, in all different forms, shades and depth!

*Is this the first book to use the* RED 6K DRAGON camera (http://www.red.com/products/epic-dragon)?

PF: I believe it is the first art book using photos from video frames.



(http://www.downtownmagazinenyc.com/wp-content/uploads/2016/09/The_Deck_Sunset_RGB.jpg)

*Do you have plans for another book?*

PF: Yes — more than one! But it takes time and also quite some money to make it at the level that I do things. I am already working on a plan for my next one…

*When starting Pier59 Studios (http://www.pier59studios.com), did you plan it to be the largest photography studio there is? Or did that evolve over time?*

PF: It was in my plans for day one, and with a lot of passion and work, it became a reality!

*What's coming up for Pier59 Studios (http://www.pier59studios.com)?*

PF: Always something new! We are a creative platform, always with the "next" in mind!

*How did you first meet Prince Federico?*

Christina Neault: I originally met Federico when I was scouting locations in L.A., and then was reintroduced last year though a friend when he was looking to find someone to help with the NYFW program at Pier59 Studios (http://www.fashiontimes.com/articles/22979/20150818/new-york-fashion-week-ss16-pier59-studios-reveals-designer-lineup.htm). We instantly hit it off and I have been working with him ever since.

Brunella Casella: I've known him for a very long time but never had the chance to meet him in person. Then he called me to talk about the vision he had for the Industry Management (http://theimpression.com/brunella-casella-industry-model-management-interview) and we immediately decided to meet, to explore the possibilities to share our experiences and visions about this business.







NYP Home   Thu, 14 Jan 2016

# PRINCE'S LAIR

## Inside noble photographer Federico Pignatelli's artsy SoHo loft

AT first glance, Federico Pignatelli's spacious West Broadway penthouse looks like the ne plus ultra of bachelor pads. The open, 2,800-squarefoot space contains everything an international playboy could desire: minimal furniture, a luxurious wooden sauna, a dizzying amount of gadgets, and black-and-white photos of naked women hanging on almost every wall (including Richard Avedon's famed 1991 portrait of a nude Nastassja Kinski with a serpent, which takes center stage above a white sectional couch in the living room).



**MASTER OF THE HOUSE:** Prince Federico Pignatelli in his polished SoHo duplex. **NIGHT VISIONS:** A decorative mirror enlivens exposed brick.

But the 52-year-old Italian prince, investment banker, real estate developer and owner of Pier 59 photography studios — seriously, that's not even the half of it — says what really attracted him to the apartment, back when he bought in 1991, was its peace and quiet.

"You don't hear anything," says the tanned noble (he's just returned from Art Basel Miami Beach). He speaks in a lolling Italian accent as he sits at his dining room table facing the Avedon. "It's like being in the countryside. It's fantastic."

Not that Pignatelli is exactly a recluse: the yachts, the occasional scandal, the coterie of famous photographers and socialites. The inside cover of his new coffee table book, "The Great Beauty," which commemorates 20 years of Pier 59 and which Pignatelli shot himself on location at the famed Getty Villa in Rome, includes a list of names of the VIPs who have dropped by his studios, including Sting, both President Bushes, and even Monica Lewinsky. "Very sweet girl," he recalls of the infamous White House intern. Of President Bill Clinton: "You could really have a conversation with the man."

His loft has seen its fair share of action, too. "I've had parties here with 200 people. Ivana Trump came here. Donald Trump came here" — no word of what Pignatelli, a supporter of refugee causes, makes of the latter's presidential bid. "But it's been 10 years since I've had a party here. Now I just do it at the studio."

You could say that Romeborn Pignatelli comes from a family of bon vivants. His mother, the

Princess Doris Pignatelli, a fixture of iconic nightclub "Cafe Society" in her day, even appeared in "La Dolce Vita," Federico Fellini's cinematic ode to excess and decay. But the young prince was a bit of a rebel. "I grew up very independent, as my parents were separated and I did not see much of them," he says. "I skipped school any opportunity I could. I was a bad student."

Instead, Pignatelli had other talents. At 14, he was buying and selling used motorcycles. At 17, he was dealing in contemporary art. He somehow turned a hobby of photographing his beautiful girlfriend into a gig shooting new faces for an Italian modeling agency. Eventually, he transferred his hustling skills over to finance and real estate, working in Switzerland and London before ending up in New York City in 1987, and falling in love with SoHo shortly thereafter.

When he first saw the penthouse on West Broadway, he liked the location, and the fact that it was on the top floor, but not much else. Fortunately, his experience in art and real estate — he once bought an entire 15th-century village in Umbria and restored all 50 abandoned houses there — had him pretty confident that he could re-design the interior himself. He purchased the loft, moved into a hotel for six months. and completely gutted the whole thing.

"I wanted it to feel very New York," he says. "This used to be a printing facility, and I like that industrial feel about it."

One enters through a long corridor, with warm wood floors and glossy black-andwhite portraits hanging on the walls, all gifts from his fotog friends. The main, open-floor space — where the living area, dining room, kitchen and bedroom all bleed into one another — includes whitebrick barriers (which Pignatelli constructed inside the apartment's original walls to block out sounds from his next-door neighbors), exposed pipes and a clean white couch and minimal coffee table that he designed.

But he's offset that sort of modernism with treasures collected from his travels abroad: flat kilim rugs "woven in the Saharan desert," a pair of antique Indonesian beds, embroidered Moroccan pillows, and a round mandala that can light up and change colors via a simple switch.

The only thing Pignatelli kept from the previous owner? A sculpture that stands next to the sofa in the living area. "It's just a beautiful piece of stone, so I left it there in the corner," he says. "Plus, it's extremely heavy, so to move it would be a big undertaking!"

Pignatelli actually has two other homes: one in Rome, and one in Los Angeles, where his 12-yearold daughter lives with her mother, his exgirlfriend.

"My daughter has been visiting me more and more," he says proudly, pointing to a stuffed

animal left on a floor-to-ceiling bookshelf. "She's an incredible swimmer, and she loves navigating my yacht, so we share that passion. Photography, too. She's an excellent photographer!"

But he considers his New York apartment his "hideaway," for now at least. He's actually converting the upstairs solarium into a bedroom for his daughter — she now sleeps in the Indonesian daybed (pictured above) near the entrance to the main room.

"I've slowed down a lot, and I realized that my place is very much a bachelor's place," he says. "I'm in the process of transforming it into less of a bachelor's place."

     

**Please sign in to post comment**                                                    ›

 

START YOUR FREE TRIAL ➤

# Federico Pignatelli

Founder & Owner at Art & Fashion Group

## ▦ OVERVIEW

**Primary Location**

New York

**Birth Location**

Roma, Italy

**Age**

64 (Born 1953)

**Notable Companies**

Biolase, Inc.

Art & Fashion Group

Pier 59 Studios

**Board Seats**

1

**Number of Relationships**

This person is connected to 310 people.

## ▦ IN THE NEWS

*GlobeNewswire*

*February 19, 2016*

- New York Fashion Week and PIER59 STUDIOS to Ring The Nasdaq Stock Market Closing Bell

**PR Newswire**

*December 1, 2015*

- World Renowned PIER59 STUDIOS Celebrates 20 Years Of Creativity In Photo Art And Beauty In New York With Preview Of New Video-Film & Book, The Great Beauty

**PR Newswire**

*October 29, 2015*

- World Renowned Pier59 Studios Celebrated 20 Years Of Creativity In Photo Art And Beauty In New York

**Business Wire**

*April 30, 2015*

- BIOLASE Announces Results of Annual Meeting

**Business Wire**

*February 23, 2015*

- Former Biolase Chairman and CEO Federico Pignatelli to Mount Proxy Contest to Gain Control of the BIOLASE Board of Directors: Actively recruiting a slate of Director Nominees



SEE MORE

RELATIONSHIPS

*Alexander K. Arrow*

Chief Financial Officer & Secretary at Protagenic Therapeutics, Inc.

*Daniel S. Durrie*

Founder at Durrie Vision Equipment LLC

*Harold C. Flynn, Jr.*
President & Chief Executive Officer at Biolase, Inc.

*Robert E. Grant*
Founder at ALPHAEON Corporation

*Jeffrey Jones*
Former Vice Chairman of the Board, President & Chief Executive Officer at Biolase, Inc.

*David M. Mulder*
Former Director & Chief Executive Officer at Biolase, Inc.

*Samuel B. Low*
Chief Dental Officer at Biolase, Inc.

*Jeffrey Nugent*
Chairman of the Board & Chief Executive Officer at Sientra, Inc.

*Jake P. St. Philip*
Former Chief Executive Officer at Biolase, Inc.

*George V. d'Arbeloff*
Managing Member at Disruptive Capital Partners LLC



🔒 SEE 300 MORE

⬛ PATHS TO FEDERICO PIGNATELLI



*You*



*Connections via Relationship Science*

 *Federico Pignatelli*

 **SEE MORE**

## CAREER HISTORY

**Founder & Owner**
*1992 - Current*
*Art & Fashion Group*

**Founder, Owner & President**
*Current*
*Pier 59 Studios*

**Founder**
*Current*
*The Industry Group USA*

**Founder**
*Current*
*EuroCapital Partners*

**Chief Executive Officer**
*1991 - 2014*
*Biolase, Inc.*
BIOLASE, Inc. is a medical technology company. It develops, manufactures, markets, and sells laser systems in dentistry and medicine and also markets, sells, and distributes dental imaging equipment, including cone beam digital x-rays and CAD/CAM intra-oral scanners, in-office, chair-side milling machines and three-dimensional printers. The company offers two categories of laser system products: Waterlase systems and Diode systems. Its flagship product category, the Waterlase system, use...   + Show more

*Managing Director*
*Prior*
*Ladenburg Thalmann & Co., Inc.*
Ladenburg Thalmann & Co., Inc. provides investment baking and brokerage services. The company also provides asset and wealth management, underwriting, alternative investments and advisory services. It offers services to emerging growth companies and high net worth individuals. It operates in Florida, Miami, Illinois, California, New Jersey, Houston, and Columbus. Ladenburg Thalmann was founded in 1876 and is headquartered in New York, NY.

*Managing Director*
*Prior*
*Gruntal & Co. LLC*

## ▦ BOARDS & COMMITTEES

### Corporate Boards ▼

*Member, Board of Directors*
*1991 - 2014*
*Biolase, Inc.*
BIOLASE, Inc. is a medical technology company. It develops, manufactures, markets, and sells laser systems in dentistry and medicine and also markets, sells, and distributes dental imaging equipment, including cone beam digital x-rays and CAD/CAM intra-oral scanners, in-office, chair-side milling machines and three-dimensional printers. The company offers two categories of laser system products: Waterlase systems and Diode systems. Its flagship product category, the Waterlase system, us...   + Show more

## ▦ POLITICAL DONATIONS

**$2,500**
*2011*
*Mitt Romney*

*$200*
*2007*
*Mitt Romney*

## TRANSACTIONS

 Details Hidden

Biolase, Inc. raised money in a private placement transaction

## OTHER AFFILIATIONS

Federico Pignatelli is affiliated with *Art & Fashion Group, Pier 59 Studios, The Industry Group USA, EuroCapital Partners, Biolase, Inc., Ladenburg Thalmann & Co., Inc., Gruntal & Co. LLC, Biolase, Inc.*.

© 2017 RELATIONSHIP SCIENCE LLC. ALL RIGHTS RESERVED.
CERTAIN INFORMATION PROVIDED BY FACTSET RESEARCH SYSTEMS INC. LEXISNEXIS® TERMS & CONDITIONS.

# P O O B L A S T I L O

Podpisana družbenika družbe Eurocapital Partners Estate Pignatelli & Co. d.n.o., consulting in trgovina Ljubljana -
**Pignatelli Federico**, New York, ███████████
**Pignatelli Luigi**, Ljubljana, ███████

### p o o b l a š č a v a

odvetnico Tjašo Andrée-Prosenc, rojeno ██████ Ljubljana, Wolfova 1, da:

skliče skupščino firme Eurocapital Partners Estate Pignatelli & Co. d.n.o. Ljubljana in naju na skupščini zastopa ter sprejme naslednje sklepe:

1. obstoječa družba se preoblikuje v družbo z omejeno odgovornostjo in naslovom Eurocapital Partners Estate d.o.o., consulting in trgovina Ljubljana, skrajšana firma Eurocapital Partners Estate d.o.o., s sedežem Ljubljana, Wolfova 1;
2. ugotovi, da je za preoblikovano družbo vplačan osnovni kapital, znesek 2.100.000,00 SIT, kar je za naju plačala najina mati Doris Mayer Pignatelli, in sicer v skladu z deleži:
   - za Federico Pignatelli █████
   - za Luigi Pignatelli █████
3. da sprejme sklep o dejavnosti firme, in sicer G 51.70, G 52.12, K 72.30, K 70.10, K 70.20, K 70.31, K 70.32, K 74.13, K 74.14, K 74.40;
4. da razreši prokurista Tomažič Igorja, Ljubljana, pri čemer se ugotovi, da direktor firme ostane Federico Pignatelli;
5. da podpiše vse sklepe skupščine;
6. da sprejme in pred notarjem podpiše pogodbo o ustanovitvi družbe Eurocapital Partners Estate d.o.o. Ljubljana, Wolfova 1, kakor tudi vse potrebne listine in druge aktivnosti, ki so potrebne za realizacijo teh sklepov v registru Okrožnega sodišča v Ljubljani.

PIGNATELLI FEDERICO                    PIGNATELLI LUIGI

Podpisana Tjaša Andrée-Prosenc pooblastilo sprejmem.

*Tjaša Andrée-Prosenc*
O D V E T N I C A
Wolfova 1, 61000 Ljubljana
tel: (061)216 157 fax: 126 3232

NOTAR MIRO KOŠAK · LJUBLJANA · TRG REPUBLIKE 3

---

**Drugič:**----------------------------------------------------------------

Osnovni kapital družbe se poveča na SIT 2.100.000,00 (dva milijona stotisoč 00/100). Povečanje se izvrši efektivno, z vplačili družbenikov, katera je že izvršila Doris Mayer Pignatelli, mati obeh družbenikov, v korist sina Frederica ███████████████████ in v korist sina Luigia ███████████ tako, da poslovni deleži ostanejo nespremenjeni.---

---

**Tretjič:**----------------------------------------------------------------

Vsi podpisniki izjavljajo, da družba z neomejeno odgovornostjo nima nobenih obveznosti. V kolikor bi eventuelno obstajale, jih prevzameta oba družbenika.------------------

---

**Četrtič:**----------------------------------------------------------------

Preoblikovano podjetje ima firmo:-----------------------------------------------
EUROCAPITAL PARTNERS ESTATE d.o.o. consulting in trgovina, Ljubljana.------------

Skrajšana firma: EUROCAPITAL PARTNERS ESTATE d.o.o., Ljubljana.------------------

Sedež: Ljubljana, Wolfova 1 (ena).----------------------------------------------

Dejavnost: kot do sedaj.-------------------------------------------------------

Osnovni kapital: SIT 2.100.000,00 (dva milijona stotisoč 00/100).---------------

Za direktorja družbe se imenuje Doris Mayer Pignatelli, Asolo, ███████████████

---

**Petič:**----------------------------------------------------------------

Razreši se prokurist družbe, g. Tomažič.--------------------------------------

---

**Šestič:**----------------------------------------------------------------

Za izvedbo the sklepov v register in pripravo vseh potrebnih aktov ter podpis le-teh pri notarju se pooblašča odvetnica Tjaša Andrée-Prosenc iz Ljubljane, Wolfova 1 (ena).-----

---



(http://www.delo.si/)

| REGISTRATION (http://uporabnik.delo.si/openid/registracija?redirect=http://www.delo.si/login/frontend/registration/finish)

Registration (http://www.delo.si/login/frontend)

# DELO

Tuesday, 03/07/2017

(http (http **News** (http://www.delo.si/novice)    **World** (http://www.delo.si/svet)    **economy** (http://www.delo.si/gospodarstvo) []

**opinions** (http://www.delo.si/mnenja)    **Sports** (http://www.delo.si/sport)    **Culture** (http://www.delo.si/kultura)

**knowledge** (http://www.delo.si/znanje)    **Free time** (http://www.delo.si/prosti-cas)

**multimedia** (http://www.delo.si/multimedija)    **Subscribe** (http://www.delo.si/digitalno)

Travel (http://www.delo.si/prosti-cas/potovanja)    on bikes (http://www.delo.si/prosti-cas/na-kolesih)
Retweet
Home (http://www.delo.si/prosti-cas/dom)



# The dark side of the house in Three Bridges

Ljubljana against known lawyer Tjaša Andrée Prosenc his former client filed two actions, also complains of unethical behavior and predicts a complaint to the Bar Association.

*Anuška Delic (http://www.delo.si/zgodbe/ozadja/temna-plat-hise-pri-tromostovju.html?
iskalnik=Anu%C5%A1ka%20Deli%C4%87), Wallpapers (http://www.delo.si/zgodbe/ozadja/temna-plat-hise-pri-
tromostovju.html?iskalnik=%20Ozadja)*
Mon, 10/07/2013, 06:00





Del notarskega zapisnika po skupščini Eurocapitala iz aprila 1999, ki je v nasprotju s pooblastilom odvetnici Foto: Delo

We went in the footsteps of information about alleged unethical behavior Ljubljana known lawyer and longstanding States Olympic Committee Tjaša Andrée Prosenc in legal circles divorcees qualified as exceptional, particularly in the negotiations on the division of property. But the information we have received, show a different side of the lawyer.

Andrée Prosenc is longtime attorney Doris Mayer Pignatelli, Slovenians, who was in Italy report in the old aristocratic family - Prince Giovanni Pignatellijem. Mayer family has been returned to the Slovenian independence property on Wolf Street 1 in Ljubljana and Andrée Prosenc had at this information according to our important role. Co-owners of the property have become Pignatellijeva Mayer, her sister Edda Lukan and the child was already deceased brother Emerik Mayer Sarnassa. Since the last third of the total then purchased Mayer Pignatellijevo sons, Federico and

Slovenian Bled and the Italian prince Pignatelli

Saturday

Similar content that you now read the see
Backgrounds

This article is currently read
(http://forward.livenetlife.com/?
lnl_codeid=c2ac405c-8ce0-46d4-
a3aa-
b2184d95b814&lnl_tcodeid=c2ac405c-
8ce0-46d4-a3aa-
b2184d95b814&lnl_jid=0d0f638eb7c
plat-hise-pri-tromostovju.html)
2

Archive: The eviction as Mission Impossible
(http://forward.livenetlife.com/?
lnl_codeid=c2ac405c-8ce0-46d4-
a3aa-
b2184d95b814&lnl_tcodeid=c2ac405c-
8ce0-46d4-a3aa-
b2184d95b814&lnl_jid=0d0f638eb7c
kot-misija-nemogoce.html)
1

## background (http://www.delo.si/ozadja)

Where today Simona Dimic?
(http://www.delo.si/ozadja/kje-je-danes-
simona-dimic.html)

(http://www.delo.si/ozadja/kje-je-danes-simona-
dimic.html#comments) Novica Mihajlović at 15:00



(http://www.delo.si/ozadja/kje-je-danes-
dimic.html)
Former Chief of Cabinet of the Prime Minister is the head of administration in the law firm Čeferin and Secretary General
...

(http://www.delo.si/ozadja/kje-je-danes-simona-
dimic.html)

spring
(http://www.delo.si/ozadja/pomlad.html)
(http://www.delo.si/ozadja/pomlad.html#comments) Boris Jukic at 14:00

Cartoon

3/7/2017
Case 1:16-cv-09930-RMB   Document 14   Filed 03/07/17   Page 27 of 41
The dark side of the house in Three Bridges

Luigi Pignatelli, through the company Eurocapital Estate Partners, whose owners are, according to the Business Register since 1996.

As explained by Federico Pignatelli, who as a successful entrepreneur lives torn between the United States and Europe, his aunt Edda promised to ensure that the property in Wolf street remained in the possession of the family, because this is all that is left of Mayer. At that time, the representative of the legal Eurocapital become Andrée Prosenc, but last year her authorization has been withdrawn on the ground that it exceeded. Then, he says, he found that the property is sold by the piece.

**"Original sin"** in April 1999, in fact, as shown by documents that we have obtained, occurred "original sin", without which it would be under Pignatellijevih claims all subsequent operations unfeasible. The two brothers attorney Andrée Prosenčevo powers to the General Meeting Eurocapital on behalf of shareholders adopt some conclusions. One of these, had he to "relieve the procurator Igor Tomažič Ljubljana, where it is found that the Director shall remain Federico Pignatelli." But Prosenc as Commissioner Eurocapitala at the General Meeting adopted a resolution to appoint a director Pignatellijevo minister, Doris Mayer Pignatelli. After Pignatellijevih assurances brothers for this meeting resolution learned by chance last year and only then, lawyers withdrew the authorization and himself became director Eurocapitala. He said that in all the years before Andrei Prosenčevo regular contact by phone, email and in person, but he never reported any changes. In the same year he found that the parts neetažirane property sold despite an explicit desire to be fully maintained family owned, which was the Pignatellijevih claims certainly well aware Andrée Prosenc. Moreover it believes that the notarial act by which the lawyer for the director appointed by his mother, "adapted, made without my consent, knowledge or desire," his authenticated signature annexed of minutes available to us, it was designed an entirely different matter. The company has so far Eurocapital according to our information, it has already brought three actions (for the nullity of sale contracts and compensation), two of them against Andrée Prosenčevo as well as Mayer Pignatellijevo. "In fact it is simple: because the property is neetažirana and would be for each sale must also consent co-owner of the company Eurocapital, Andrea Prosenc beyond the powers ensure that the consent given my mother, who became a director on the basis of minutes allotted. All sales were in stark contrast to the will of the co-owners of real estate, me and my brother as shareholders Eurocapitala, "says Pignatelli, adding that the lawyer had exceeded its powers, in order to" gain wealth for himself and his son for a little money. " **For sale: Apartment**

**office and business premises**

The first sale, which is the Pignatellijevih claims occurred without the knowledge or consent of co-owners neetažirane property, ie shareholders Eurocapitala, was carried out in 2005. At that time Eurocapital, Pignatellijeva Mayer, Andrea Prosenc and her son Gregor Prosenc sale contract for štiriinpolsobno apartment office Wolf 1 on the street, the headquarters of the law firm Andrée Prosenc. Co-owner of the apartment are - according to our date, 200 thousand, which should be at least 300 grand less than the then market price - to become a lawyer and her son.

If the six years before 1999. Therefore, Pignatelli remained director of his company, for which the powers of attorney Andrée Prosenčevo, those sales, says it would not be because its purpose was to always adhere to wish Aunt Edda and keep the house in a family-owned company. Now his former lawyer complains that he abused the trust of shareholders and Eurocapitala Mayer Pignatellijeve, which he had gained as a longtime family attorney. His mother was at the time of this transaction, aged 79 years and he was also a lawyer persuaded the conclusion of predatory and harmful contracts, which should be Prosenc also compiled.

Lawyer should also prepare a second purchase agreement, which was concluded in spring 2008 Eurocapital and Mayer Pignatellijeva as seller and buyer of two business premises on 1 Wolf, son of Andrée Prosenc show documents that we have obtained. The selling price was around 380 thousand reportedly also considerably below the market price. And in this case Pignatelli lawyer now claims that it took an old-age mental health problems Mayer Pignatellijeve and trust. It announced that it will be due to alleged ethical violations and conflicts of interest reported Bar Association.

He explained that his mother did not review the document before it is signed, either was not aware that this is actually detrimental to itself. This year, the Italian court began the process of granting temporary administrator 87-year-old Mayer Pignatellijevi to be due to dementia was no longer able to look after her interests. The Court rejected such a decision, saying that it is not a question of the need for a custodian, but a question of incompetence, so the process continues, said Pignatelli. In addition, Mayer those days presents a public book about his family, written by her partner, who is reportedly about to her for defamation withdrawn from the shelves.

However, in July this year, when he was already director Pignatelli your business Eurocapital and Andrée Prosenc was no longer is legal Commissioner, it happened a third sold. Around 350 square meters of premises at Wolf 1 is expected to be 850 thousand, which is again well below the market price, they sold the company Stratus management, established only a month before buying the property. Part of the payment should be 90 square meters large apartment on the outskirts of the city, which was evaluated according to our date, which at 270,000 euros, ie 600 euros more per square meter than is the price in prominent location in the middle of Ljubljana.

*Doris Mayer after the Second World War Bled went to Italy, where she met Prince Giovanni della Pignatelila Leonesso and married him. She also worked as a model, among other things, has appeared in the film La Dolce Vita director Federico Fellini. As last year, Delo writes Vesna Milek (http://www.delo.si/zgodbe/sobotnapriloga/federico-pignatelli-princ-in-poslovnaz-v-modo-prihaja-gibanje.html) , the Mayer report to an old aristocratic family, which dates from the 12th century and which, inter alia, their species is considered to Pope Innocent XII. (1615-1700). Doris and Giovanni Pignatellogi are in law gave birth to two sons Luigi, who lives in Italy, and Federico, who as a businessman - in Manhattan, among others founded Pier59, the largest complex of photographic studios in the world - live between America and Europe.*



(http://www.delo.si/ozadja/pomlad.html)
(http://www.delo.si/ozadja/pomlad.html)

### Alexander Čeferin promises disclosure of their salaries
(http://www.delo.si/ozadja/aleksander-ceferin-obljublja-razkritje-svoje-place.html)

(http://www.delo.si/ozadja/aleksander-ceferin-obljublja-razkritje-svoje-place.html#comments) Susan Kos at 12:00



(http://www.delo.si/ozadja/aleksander-ceferin-obljublja-razkritje-svoje-place.html)
President of European Football Association now refuses to say how much his monthly fascia on the account.

(http://www.delo.si/ozadja/aleksander-ceferin-obljublja-razkritje-svoje-place.html)

### Nepreslišane statements
(http://www.delo.si/ozadja/nepreslisano_1.html)
(http://www.delo.si/ozadja/nepreslisano_1.html#comments)
Wallpapers at 11:00



(http://www.delo.si/ozadja/nepreslisano_1.html)
Weekly rumination

(http://www.delo.si/ozadja/nepreslisano_1.html)

### Silvo Berdajs: "I hope that in the second track will not be repeated TES 6"
(http://www.delo.si/ozadja/silvo-berdajs-upam-da-se-pri-drugem-tiru-ne-bo-ponovil-tes-6.html)

(http://www.delo.si/ozadja/silvo-berdajs-upam-da-se-pri-drugem-tiru-ne-bo-ponovil-tes-6.html#comments) Brigita Ferlič Žgajnar at 10:00



(http://www.delo.si/ozadja/silvo-berdajs-upam-da-se-pri-drugem-tiru-ne-bo-ponovil-tes-6.html)
There has long been talk that not only trade unionists, but regardless of the impact it has, as director of Slovenian Railways.

(http://www.delo.si/ozadja/silvo-berdajs-upam-da-se-pri-drugem-tiru-ne-bo-ponovil-tes-6.html)

### Opinion and blogs
(http://www.delo.si/zgodbe/ozadja/temna-plat-hise-pri-tromostovju.html)
(http://www.delo.si/mnenja/blogi/aplavz-za-damo-palce-dol-za-politiko.html)
Applause for the lady. Thumbs down to politics.
(http://www.delo.si/mnenja/blogi/aplavz-za-damo-palce-dol-za-politiko.html)

Such communication points to underestimating attitude especially to young people, which is prekarstvo become a reality without.
(http://www.delo.si/mnenja/blogi/aplavz-za-damo-palce-dol-za-politiko.html)

(http://www.delo.si/mnenja/blogi/aplavz-za-damo-palce-dol-za-politiko.html#comments) Klara Škrinjar

3/7/2017                              The dark side of the house in Three Bridges

**Non-profit and 18 unchanged rent**

According to our information, is also problematic lease agreement by Andrea Prosenc 2009 for rent 177 square meters large apartment on Wolf 1 concluded with EM (full name is known to the editor, but it does not constitute a substantive relevant person , published only acronyms). A lawyer who is contracted as Commissioner co-owners of the property, the apartment submitted for lifelong non-profit rent in the amount of 285 euros per month, arguing that it is the tenant's daughter MM (full name known editorial), who was the holder of housing rights in the past podružbljenem apartment. If you omit this would be considered as non-profit housing, but according to our data, this type of housing is not right is inherited, so EM probably have to pay a market rent; According to available information on the current rents would be about 400 per cent higher. Eurocapital now the lawyer with the lawsuit seeks compensation.

Another alleged controversial lease contract concerns the bank UniCredit, which has an office at Wolf 1, where it has rented two floors and a basement. Lawyer was, according to our information commissioner as co-owners of the property as trustee of the lease agreement, under which the amount of the rent should coordinate with inflation. But the rent is Pignatellijevih claims that 18 remained unchanged, while to Andrée Prosenc at this time as a lawyer represented the tenant, it's Unicredit bank, in which the business account of the company Smart Trade, whose partners are Prosenc and her son.

**lawyer:It is a campaign of brothers**

Whether or not the lawyer Unicredit, on the assembly decision in 1999, Pignatellijevih objections and any property-related contracts he send twenty of detailed questions. She wrote: "I am a lawyer since 1968 and do not allow any insinuation of immorality, violation of ethical principles, abuse of power and so on, because I was such conduct foreign. I deny all allegations as false, fabricated and customized interest by the sons of Doris Mayer pursued in the last year. Otherwise it will on all decided by the court in Ljubljana, where they brought two actions. "

The following is the explanation that there is a conflict in the family Mayer, which was launched about a year ago with" underrun, dramatical and evil actions sons toward their mothers' . Brother wrote, do not choose resources, so such actions by its guests "all who are in any way connected with Mrs. Doris Mayer - I, too." He claimed that Mayer Pignatellijeva mentally and physically healthy, it is a reputable person who promotes his book, and that the Italian court for a waiver of incapacity July "flatly refused".

The falseness of the claim by proving its decision on inheritance of 1991, after which Mayer first his father and then her sister Eddi inherited the entire third floor at Wolf 1 and can be used to freely dispose thereafter. it has also given the 1993 all powers of management Eurocapitala, in 1998 it became the owner of the company. "For the previous 19 years did not even once ask, what with the money going from mothers are receiving substantial amounts, which are of course recorded," he said, adding that it was a story already created, and that "this document will not help improving relations Mayer family. "

(http://www.delo.si/zgodbe/ozadja/temna-plat-hise-pri-tromostovju.html#comments)
Retweet     Deli z drugimi
(http://twitter.com/share)

**related news**



(http://www.delo.si/zgodbe/sobotnapriloga/federico-pignatelli-princ-in-poslovnez-v-modo-prihaja-gibanje.html)
Federico Pignatelli, Prince and a businessman: The fashion comes movements
(http://www.delo.si/zgodbe/sobotnapriloga/federico-pignatelli-princ-in-poslovnez-v-modo-prihaja-gibanje.html)
October 13 at 21:00

Owner's largest photographic and fashion studios in the world, which recorded advertising campaigns and fashion icons.



(http://www.delo.si/mnenja/gostujoce-pero/napoleonovi-topovi.html)
Napoleon cannon
(http://www.delo.si/mnenja/gostujoce-pero/napoleonovi-topovi.html)
Already thinking about the Middle East peace talks can be postponed for ten years, it is pointless.
(http://www.delo.si/mnenja/gostujoce-pero/napoleonovi-topovi.html)

(http://www.delo.si/mnenja/gostujoce-pero/napoleonovi-topovi.html#comments) *Uri Avner*



(http://www.delo.si/mnenja/kolumne/zgodbe-z-vzhoda-vprasanje-za-milijon-let.html)
Stories from the East:
Question million years
(http://www.delo.si/mnenja/kolumne/zgodbe-z-vzhoda-vprasanje-za-milijon-let.html)
The existence of North Korea, as it is today, the most telling of the true nature of the existing geopolitical balance.
(http://www.delo.si/mnenja/kolumne/zgodbe-z-vzhoda-vprasanje-za-milijon-let.html)

(http://www.delo.si/mnenja/kolumne/zgodbe-z-vzhoda-vprasanje-za-milijon-let.html#comments) *Zorana Bakovic*

**work Plus**

(http://www.delo.si/novice/slovenija/brez-pomoci-bo-triclanska-druzina-ostala-brez-stanovanja.html)subject= Temna plat pri tromostovju%20 Are%20about%20Tromostovju%20plat-pri-tromostovju.html)
hisplat-pri-tromostovju.html)
Without the help of the three-member family remained without housing
(http://www.delo.si/novice/slovenija/brez-pomoci-bo-triclanska-druzina-ostala-brez-stanovanja.html)
Dom model 36 square meters, illness, debt ... Ana, Ales and Jernej have found themselves in trouble, from which they can not ...
(http://www.delo.si/novice/slovenija/brez-pomoci-bo-triclanska-druzina-ostala-brez-stanovanja.html)

(http://www.delo.si/kultura/puhci-ogrozajo-kitajsko-drzavno-varnost.html#comments)
Zorana Bakovic
(http://www.delo.si/zgodbe/ozadja/temna-plat-hise-pri-tromostovju.html?iskalnik=Zorana%20Bakovi%C4%87)
"Puhci" endanger China's national security
(http://www.delo.si/kultura/puhci-ogrozajo-kitajsko-drzavno-varnost.html)
In Shanghai they are considering opening a boys' school in which boys raised in a male environment, it would be more ...
(http://www.delo.si/kultura/puhci-ogrozajo-kitajsko-drzavno-varnost.html)

(http://www.delo.si/novice/okolje/osvobodimo-se-fosilne-energije.html#comments) Borut Tavcar
(http://www.delo.si/zgodbe/ozadja/temna-plat-hise-pri-tromostovju.html?iskalnik=Borut%20Tav%C4%8Dar)
"Let's fossil energy"
(http://www.delo.si/novice/okolje/osvobodimo-se-fosilne-energije.html)

(http://www.delo.si/novice/slovenija/brez-pomoc-bo-triclanska-druzina-ostala-brez-plat...subject=...)
Peternel Pečauer
(http://www.delo.si/zgodbe/ozadja/temna-plat-tromostovju.html?iskalnik=Helena%20Peternel%20Pe%C4%8Dauer)


Vodilni proizvajalec robotov predstavil novo generacijo


Men's Night s filmom Logan: Wolverine v


Nadležne vonjave telesa


Dnevni ritual, ki nam čisti pljuča

Video dneva: Ko se očka loti previjanja dojenčka

To comment, please log in. (http://www.delo.si/login/frontend)

PRIJAVI

< Editor **Translator** 



 **SHOWTIME**
FREE (1,153) 

# P O O B L A S T I L O

Podpisana družbenika družbe Eurocapital Partners Estate Pignatelli & Co. d.n.o.
consulting in trgovina Ljubljana -
**Pignatelli Federico**, New York, ▬▬▬▬▬▬▬▬
**Pignatelli Luigi**, Ljubljana, ▬▬▬▬▬▬

 Slovenian **Recognized** 

POOBLASTILO Podpisana druzbenika druzbe Eurocapital Partners Estate Pignate & Co. d.n.o consulting in trgovina Ljubljana Pignatelli Federico, New York Pignatelli Luigi, Ljubljana, p o obl a a v a odvetnico Tjaso Andrée-Prosenc. rojen Ljubljana. Wolfova 1, da sklice skupscino firme Eurocapital Partners Estate Pignatelli & Co. d.n.o. Ljubljana in naju na skupscini zastopa ter sprejme asledinje sk 1. obstojeca druzba se preoblikuje v druzbo z omejeno odgovornostjo in naslovom Eurocapital Partners Estate d.o.o consulting in trgovina Ljubljana, skrajsana fima Eurocapital Partners Estate d.o.o.. s sedezem Ljubljana, Wolfova l; 2. ugotovi, da je za preoblikovano druZbo vplacan osnovni kapital, znesek 2.100.000,00 SIT, kar je za naju placala najina mati Doris Maver Pignatelli, in sicer v skladu z delezi: za Federico Pignatelli a Luigi Pignatelli 3. da spreje sklep o dejavnosti firme, in sicer G 51.70, G 52.12, K 72.30, K 70.10 K 70.20, K 70.31, K 70.32, K 74.13, K 74.14, K 74.40; 4. da razresi prokurista Tomaric Igorja, Ljubljana, pri cemer se ugotovi, da direktor firme ostane Federico Pignatelli. 6. da spreje in pred notarjem podpise pogodbo o ustanovitvi druzbe Eurocapital Start d.o.o. Ljubljana, Wolfova 1. kakor tudi vse potrebne listine in druge tivnosti. otrebne za realizacijo teh sklepov v registru Okroznega sodisca v ubljani I FEDERICO PIGN PIGNATELLI LUIGI Podpisana Tjasa Andrée-Prosenc pooblastilo sprejmem Thada. O D VE T N I C A Wolfova 1, 61000 ijubljana tel: (061) 216 157 fax: 1263232

 English **Translated**  

POWER OF ATTORNEY signed shareholder Eurocapital Estate Partners PIGNAT and Co.  d.n.o consulting and trade Ljubljana Federico Pignatelli, New York Luigi Pignatelli, Ljubljana, on p obl but a lawyer in a Tjaša Andrée-Prosenc.  Born in Ljubljana.  Wolf 1 to convene a general meeting of company Eurocapital Estate Partners Pignatelli and Co.  d.n.o.  Ljubljana and we represented at the General Meeting and adopt EXT 1 sk existing society is transformed into a limited liability company and address Eurocapital Estate Partners d.o.o consulting and commerce Ljubljana, shortened fima Eurocapital Partners Estate d.o.o .. with seat in Ljubljana, Wolf-l; 2. finds that the transformed society up share capital, the amount of 2,100,000.00 SIT, which is for us paid our mother Doris Mayer Pignatelli, in accordance with the proportions: for Federico Pignatelli Luigi Pignatelli a 3 to take a decision on the activity of company, namely G 51.70 G 52.12, K 72.30, K 70.10 K 70.20, K 70.31, K 70.32, K 74.13, K 74.14, K 74.40; 4. Resolve procurator Tomaric Igor, Ljubljana, where it is found, to keep company director Federico Pignatelli. 6. to take and a notary sign the contract on establishing the company Eurocapital Start l.l.c.  Ljubljana, Wolf-1 as well as all the necessary documents and other tivities.  otrebne for the realization of these decisions in the register of the District Court in ubljani I FEDERICO Pigna PIGNATELLI LUIGI Signed Tjasa Andrée-power Prosenc accept Thada.  D VE T N I C A Wolf 1, ijubljana 61000 Tel: (061) 216157 Fax: 1263232

 Editor   **Translator**   

 Stream SHOWTIME Instantly Start Your Free Trial. 

N O T A R   M I R O   K O Š A K   ·   L J U B L J A N A   ·   T R G   R E P U B L I K E   3

-----------------------------------------------------------------------

**Drugič:**---------------------------------------------------------------

Osnovni kapital družbe se poveča na SIT 2.100.000,00 (dva milijona stotisoč 00/100). Povečanje se izvrši efektivno, z vplačili družbenikov, katera je že izvršila Doris Mayer Pignatelli, mati obeh družbenikov, v korist sina Frederica ███████████████ in v korist sina Luigia ██████████████ tako, da poslovni deleži ostanejo nespremenjeni.---

 Slovenian   **Recognized**   

KO S A K LJUBLJANA TRG NOT A R RO RE PU BL KE Drugič: Osnovni kapital družbe se poveča na SIT 2.100.000,00 (dva milijona stotisoč 00/100). Povečanje se izvrši efektivno, z vplačili družbenikov, katera je že izvršila Doris Mayer Pignatelli, mati obeh družbenikov, v korist sina Frederi n v korist sina Luigia tako, da poslovni deleži ostanejo nespremenjeni Tretjič: Vsi podpisniki izjavljajo, da družba z neomjeno odgovornostjo nima nobenih obveznosti. V kolikor bi eventuelno obstajale, jih prevzameta oba družbenika. Četrtič: Preoblikovano podjetje ima firmo: EUROCAPITAL PARTNERS ESTATE d.o.o. consulting in trgovina, Ljubljana.--------------- skrajšana firma: EUROCAPITAL PARTNERS ESTATE d.o.o., Liubljana.--------------------- Sedež: Ljubljana, Wolfova 1 (ena) Dejavnost: kot do sedaj Osnovni kapital: SIT 2.100.000,00 (dva milijona stotisoč 00/100).------------------------------- Za direktorja družbe se imenuje Doris Mayer Pignatelli, Asolo, Petič Razreši se prokurist družbe, g. Tomažič. Šestič: za izvedbo the sklepov v register in pripravo vseh potrebnih aktov ter podpis le-teh pri notarju se pooblašča odvetnica Tjaša Andree-Prosenc iz Ljubljane, Wolfova 1 (ena).----- 2 od 3

 English   **Translated**   

WHEN TO LJUBLJANA WITH A MARKET NOT A R RO RE PU BL KE Secondly company's share capital shall be increased to SIT 2,100,000.00 (two million hundred thousand 00/100).  The increase is executed effectively, through payments to shareholders which has already made Doris Mayer Pignatelli, the mother of two shareholders in favor of his son Frederi n Luigia favor of his son so that the shares remain unchanged Third: All signatories declare that the company has no liability neomjeno obligations.  If eventually there, they assume both shareholders.  Fourth, the company redesigned the company name EUROCAPITAL ESTATE PARTNERS l.l.c. consulting and trade, Ljubljana .-------------- abbreviated name: EUROCAPITAL ESTATE PARTNERS Ltd., Liubljana .-------------------- Headquarters: Ljubljana, Wolf 1 (A) Activity: as far Share capital: SIT 2,100,000.00 (two million hundred thousand 00/100) .------------------------------ director of the company named Doris Mayer Pignatelli, Asolo, Fifth Resolve the procurator of the company, Mr.  Tomažič.  Sixth, for the implementation of the conclusions in the Register and preparing all the necessary documents and the signature thereof by a notary public is authorized lawyer Tjaša Andree-Prosenc from Ljubljana, Wolf 1 (one) .----- 2 of 3

(http://www.delo.si) delo.si)

PRIJAVA (/login/frontend) | REGISTRACIJA (http://uporabnik.delo.si/openid/registracija?redirect=http://www.delo.si/login/frontend/registration/finish)



# DELO

petek, 03.03.2017


Bele strmine vabilo
Slovenska smučišča DELO

(/) /zad Novice (/novice) Svet (/svet) Gospodarstvo (/gospodarstvo) Mnenja (/mnenja) Šport (/sport)

Kultura (/kultura) Znanje (/znanje)u Prosti čas (/prosti-cas) Multimedija (/multimedija) Naroči se (/digitalno)

Sobotna (/sobotna)

Retweet   Deli z deli 3
(http://twitter.com/share)

(mailto: Podobne vsebine jih jih zdaj berejo drugi
subject=Temna hiša Delo (/nastola)
plat
hiše
pri
tromostovju.html)

## Temna plat hiše pri Tromostovju

Proti znani ljubljanski odvetnici Tjaši Andrée Prosenc je njen nekdanji klient vložil dve tožbi, pre
tako ji očita netično ravnanje in napoveduje pritožbo za odvetniško zbornico.

Anuška Delić (?iskalnik=Anuška Delić), Ozadja (?iskalnik= Ozadja)
pon, 07.10.2013, 06:00







Ta članek (http://mfa.
(http://forward.livenetlife.com/?
lnl_codeid=c2ac405c-8ce0-46d4-a3aa-
b2184d95b8148lnl_tcodeid=c2ac405
8ce0-46d4-a3aa-
b2184d95b8148lnl_jid=e6b9a0851b
plat-hise-pri-tromostovju.html)

Arhiv: Raščanov penthouse vabi
upnike
(http://forward.livenetlife.com/?
lnl_codeid=c2ac405c-8ce0-46d4-
a3aa-
b2184d95b8148lnl_tcodeid=c2ac405
8ce0-46d4-a3aa-
b2184d95b8148lnl_jid=e6b9a0851b
penthouse-vabi-upnike.html)

So vaši sklepi utrujeni?
Ne čakajte, da se stanje poslabša -
ukrepajte zdaj, pohranite si težave in
denar. Tukaj!

slortex omogoča (http://LIVENETLIFE.com/media/?utm_source=de



**Wolfova ulica 1, kjer stoji nepremičnina družine Mayer Pignatelli Foto: Mavric Pivk/Delo**


DELOV NAGRADNI
KVIZ FABULA

DELO

Šli smo po sledeh informacij o domnevno netičnem ravnanju znane ljubljanske odvetnice in dolgoletne članice olimpijskega komiteja Tjaše Andrée Prosenc, ki v krogih zakonskih ločencev velja za izjemno, zlasti v pogajanjih o razdelitvi premoženja. Toda informacije, ki smo jih prejeli, kažejo drugačno stran odvetnice.

Andrée Prosenčeva je dolgoletna pravna zastopnica Doris Mayer Pignatelli, Slovenke, ki se je v Italiji poročila v staro aristokratsko družino - s princem Giovannijem Pignatelijem. Družini Mayer je bila po slovenski osamosvojitvi vrnjena nepremičnina na Wolfovi ulici 1 v Ljubljani in Andrée Prosenčeva je imela pri tem po naših

informacijah pomembno vlogo. Solastnika nepremičnine so poslali Mayer Pignatellijeva, njena sestre Edda Lukan in otroka tekrat že pokojnega brata Emerika Mayerja Semasse. Od zadnjih sta skupno tretjinski delež nato kupila sinova Mayer Pignatellijeve, Federico in Luigi Pignatelli, in sicer prek družbe Eurocapital Partners Estate, katere lastnika sta po podatkih poslovnega registra od leta 1996.

Kot pojasnjuje Federico Pignatelli, ki kot uspešen podjetnik živi razpet med ZDA in Evropo, je svoji teti Eddi obljubil, da bo poskrbel, da bo nepremičnina v Wolfovi ulici ostala v lasti družine, saj je to vse, kar je ostalo od Mayerjevih. V tistem času je pravna pooblaščenka družbe Eurocapital


iPhone SE
529,99 €
iPhone SE 64GB
Ne pozabite svojega
iPhona zaščititi
z Apple ovitkom
ZANIMA ME
iSTYLE
(http://central.iprom.net/adserver/click.ad/apiclick/liudoksomsaslfpvt,300x250,26470,1488554790)

**Slovenka z Bleda in italijanski princ Pignatelli**

Doris Mayer je po drugi svetovni vojni z Bleda odšla v Italijo, kjer je spoznala princa Giovannija Pignatellija della Leonessa in se z njim poročila. Dalala je tudi kot manekenka, med drugim je nastopila v filmu La Dolce Vita režiserja Federica Fellinija. Kot je izni v Sobotni prilogi Dela še zapisala Vesna Milek (http://www.delo.si/zgodbe/sobotnapriloga/federico-pignatelli-princ-in-poslovnez-v-modo-prihaja-gibanje.html), so Mayerjeva poročila v staro aristokratsko rodbino, katere začetek sega v 12. stoletje in ki med drugim v svojo vrste šteje papeža Inocenca XII. (1615-1700). Doris in Giovanni Pignatelliju sta se v zakonu rodila

## Ozadja (/ozadja)

**Kje je danes Majda Širca?**
(/ozadja/kje-je-majda-sirca.html)


(/ozadja/kje-je-majda-sirca.html)
(/ozadja/kje-je-majda-sirca.html#comments) Tina Kristan ob 15:00

Nekdanje poslanka in ministrica za kulturo je zaposlena na RTV Slovenija.

**Brezdelje**
(/ozadja/brezdelje.html)


(/ozadja/brezdolje.html)
(/ozadja/brezdelje.html#comments) Boris Jukić ob 14:00
(/ozadja/brezdolje.html)

**Kopiraj, prilepi: Rojstvo nekega učenika**
(/ozadja/kopiraj-prilepi-rojstvo-nekega-ucenika.html)

(/ozadja/kopiraj-prilepi-rojstvo-nekega-ucenika.html#comments) Brigite Ferlič Žgajnar ob 12:00

postala Andrée Prosenčeva, toda ji je bilo pooblastilo odvzeto, ker naj bi ga prekoračila. Takrat je, pravi, ugotovil, da se je nepremičnina prodajala po kosih.

**»Izvirni greh«**

Aprila 1999 se je namreč, kot kažejo dokumenti, ki smo jih pridobili, zgodil »izvirni greh«, brez katerega bi bili po Pignatellijevih trditvah vsi poznejši posli neizvedljivi. Brata sta odvetnico Andrée Prosenčevo pooblastila, da na skupščini družbe Eurocapital v imenu družbenikov sprejme nekaj sklepov. Eden od teh se je glasil, da »razreši prokurista Igorja Tomažiča, Ljubljana, pri čemer so ugotovi, da direktor ostane Federico Pignatelli«. Toda Prosenčeva je kot pooblaščenka Eurocapitala na skupščini sprejela sklep, da se za direktorico imenuje Pignatellijevo mater, Doris Mayer Pignatelli.

Po Pignatellijevih zagotovilih sta brata za ta skupščinski sklep izvedela po naključju šele lani in takrat je odvetnici preklical pooblastilo ter sam postal direktor Eurocapitala. Dejal je, da sta bila v vseh letih prej z Andrée Prosenčevo redno v stikih po telefonu, e-pošti in osebno, vendar mu ni nikoli poročala o kakršnikoli spremembah. In istega leta je ugotovil, da so se deli neutažirane nepremičnine prodajali kljub izrecni želji, da se ta v celoti ohrani v lasti družine, s katero je bila po Pignatellijevih trditvah vsokakor seznanjena tudi Andrée Prosenčeva.

Povrhu je prepričan, da je notarski zapis, s katerim je odvetnica za direktorico imenovala njegovo mater, »prirejen, izveden brez mojega soglasja, vedenja ali želje«, njegov overjeni podpis, ki je priloga notarskega zapisnika, s katerim razpolagamo, pa je bil namenjen neki povsem drugi zadevi. Družba Eurocapital je zdaj po naših informacijah vložila že tri tožbe (za ničnost prodajnih pogodb in plačilo odškodnine), dve od teh zoper Andrée Prosenčevo pa tudi Mayer Pignatellijevo. »V bistvu je preprosto: ker je nepremičnina neutažirana in bi bilo za vsako prodajo potrebno tudi soglasje solastnika, družbe Eurocapital, je Andrée Prosenčeva s prekoračitvijo pooblastila poskrbela, da je soglasje dala moja mama, ki je direktorica postala na podlagi prirejenega notarskega zapisnika. Vse prodaje so bile v popolnem nasprotju z voljo solastnikov nepremičnine, naju z bratom kot družbenikov Eurocapitala,« pravi Pignatelli in dodaja, da je odvetnica prekoračila svoja pooblastila, da bi »pridobila premoženje zase in za svojega sina za majhen denar«.

**Prodaja: stanovanje s pisarno in poslovni prostori**

Prva prodaja, ki se je po Pignatellijevih trditvah zgodila brez vednja ali soglasja solastnikov neutažirane nepremičnine, torej družbenikov Eurocapitala, je bila izpeljana leta 2005. Takrat so Eurocapital, Mayer Pignatellijeva, Andrée Prosenčeva in njen sin Gregor Prosenc sklenili kupoprodajno pogodbo za štirinpolsobno stanovanje s pisarno na Wolfovi ulici 1, kjer ima sedež tudi odvetniška pisarna Andrée Prosenčeve. Solastnika stanovanja sta – po naših podatkih za 200 tisoč evrov, kar naj bi bilo vsaj 300 tisočakov manj od takratne tržne cene – postala odvetnica in njen sin.

Če bi šest let prej, torej 1999., Pignatelli ostal direktor svoje družbe, za kar je pooblastil odvetnico Andrée Prosenčevo, te prodaje, pravi, ne bi bilo, saj je bil njegov namen vedno spoštovati željo tete Edde in hkrati obdržati v družinski lasti. Zdaj svoj nekdanji odvetnici očita, da jo zlorabila zaupanje družbenikov Eurocapitala in Mayer Pignatellijevo, ki si ga je pridobila kot dolgoletna odvetnica družine. Njegova mati je bila v času tega posla stara 79 let in po njegovem jo je prav odvetnica prepričala v sklenitev odoruške in škodljive pogodbe, ki naj bi jo Prosenčeva tudi sestavila.

Odvetnica naj bi prav tako pripravila drugo kupoprodajno pogodbo, ki so jo spomladi 2008 sklenili Eurocapital in Mayer Pignatellijeva kot prodajalca ter kupec dveh poslovnih prostorov na Wolfovi 1, sin Andrée Prosenčeve, kažejo dokumenti, ki smo jih pridobili. Prodajna cena je bila okrog 380 tisoč evrov, menda prav tako precej pod tržno ceno. In tudi v tem primeru Pignatelli odvetnici zdaj očita, da je izrabila starostno duševno težavo Mayer Pignatellijevo in njeno zaupanje. Napovedal je, da jo bo zaradi domnevnih etičnih kršitev in navzkrižja interesov prijavil odvetniški zbornici.

Pojasnil je, da njegova mati dokumentov sploh ni pregledovala, preden jih je podpisala, niti so ni zavedala, da s tem pravzaprav škodi sama sebi. Letos se je na italijanskem sodišču začel tudi postopek dodelitve začasnega skrbnika 87-letni Mayer Pignatellijevi, ki naj bi zaradi demence ne bila več zmožna skrbeti za svoje interese. Sodišče je tak sklep zavrnilo, češ da ne gre za vprašanje potrebe po skrbniku, ampak za vprašanje nesposobnosti, zato se postopek zdaj nadaljuje, je dejal Pignatelli. Polog tega Mayerjeva te dni predstavlja knjigo s svoji družini, ki jo je napisal njen partner in je k njih menda pred tem, da jo zaradi ohrekovanja umakejo s prodajnih polic.

Kakorkoli, julija letos, ko je bil Pignatelli že direktor svojega podjetja Eurocapital in Andrée Prosenčeva ni bila več njegova pravna pooblaščenka, se je zgodila še tretja prodaja. Okoli 350 kvadratnih metrov prostorov na Wolfovi 1 naj bi bila za 850 tisoč evrov, kar je spet precej pod tržno ceno, prodanih družbi Stratus upravljanje, ustanovljeni le dober mesec prej nakupom nepremičnine. Del plačila naj bi bilo 90 kvadratnih metrov velike stanovanje na oboroju mesta, ki je bilo po naših podatkih ovrednoteno kar na 270.000 evrov, to je 600 evrov več na kvadratni meter kot nepremičnina na eminentni lokaciji sredi Ljubljane.

**Neprofitna in 18 let nespremenjena najemnina**

Po naših informacijah je problematična tudi najemna pogodba, ki jo je Andrée Prosenčeva leta 2009 za najem 177 kvadratnih metrov velikega stanovanja na Wolfovi 1 sklenila z E. M. (polno ime jo znano uredništvu, a ker ne gre za vsebinsko relevantno osebo, objavljamo le kratico). Odvetnica, ki je pogodbo sklenila kot pooblaščenka solastnikov nepremičnine, je stanovanje oddala za dosmrtno neprofitno najemnino v znesku 285 evrov na mesec, češ da je najemnica hči M. M. (polno ime jo znano uredništvu), ki je bil imotnik stanovanjske pravice v nekoč podružbljenem stanovanju. Če bi to vzdržalo, bi se stanovanje štelo kot neprofitno, toda po naših podatkih so tovrstna stanovanja pravica ne deduje, zato bi E. M. najbrž morala plačevati tržno najemnino; glede na dostopne podatke o takratnih najemninah bi bila za okrog 400 odstotkov višja. Eurocapital zdaj od odvetnice s tožbo poskuša doseči plačilo odškodnine.

Druga domnevno sporna najemna pogodba zadeva banko Unicredit, ki ima poslovalnico na Wolfovi 1, kjer ima v najemu dve nadstropji in klet. Odvetnica je bila po naših informacijah kot pooblaščenka solastnikov nepremičnine tudi skrbnica te najemne pogodbe, po kateri bi se višina najemnine morala usklajevati z inflacijo. Toda najemnina je po Pignatellijevih trditvah kar 18 let ostala nespremenjena, pri čemer naj bi Andrée Prosenčeva v tem času kot odvetnica zastopala tudi najemnico, to je banko

---



(/ozadja/kopiraj-prilepi-rojstvo-nekoga-ucbenika.html)
»Kdo pa ste, nelegitimirana in meni neznana oseba, da me boste zastiševali in postavljali takšna vprašanja?«

(/ozadja/kopiraj-prilepi-rojstvo-nekoga-ucbenika.html)

## Nepreslišane izjave (/ozadja/nepreslisane-izjave_4.html)

(/ozadja/nepreslisane-izjave_4.html#comments) Ozadja ob 11:00



Todeнška preživčevanja

(/ozadja/nepreslisane-izjave_4.html)
(/ozadja/nepreslisane-izjave_4.html)

## Maria Škof: »Vredno se je boriti proti mejam in zidovom« (/ozadja/vredno-se-je-boriti-proti-mejam-in-zidovom.html)

(/ozadja/vredno-se-je-boriti-proti-mejam-in-zidovom.html#comments) Novica Mihajlović ob 10:00



(/ozadja/vredno-se-je-boriti-proti-mejam-in-zidovom.html)
Edina dama v celovtkam odvetnižkem triu Vouk, Grilc, Škof, ki se bori proti diskriminaciji slovenskih podjetnikov ne ...

(/ozadja/vredno-se-je-boriti-proti-mejam-in-zidovom.html)

## Mnenja in blogi



(/mnenja/kolumne/tlacani-in-knezi-adijo-maskare.html)
Tlačani in knezi: Adijo, maškare
(/mnenja/kolumne/tlacani-in-knezi-adijo-maskare.html)
Ne gre, da bi pusta pokopevali prebižu niše prvega celjskega kneza.
(/mnenja/kolumne/tlacani-in-knezi-adijo-maskare.html#comments) Brane Piano

(/mnenja/kolumne/zasavska-hvalnica-norosti-bojmo-se-volitev.html)
Zasavska hvalnica norosti: Bojmo se volitev
(/mnenja/kolumne/zasavska-hvalnica-norosti-bojmo-se-volitev.html)
Ko sneg v Španiji spet prekriije zelenjavne vrtove, bodo Zegorjani topla greda Slovenije.
(/mnenja/kolumne/zasavska-hvalnica-norosti-bojmo-se-volitev.html)

(/mnenja/kolumne/zasavska-hvalnica-norosti-bojmo-se-volitev.html#comments) Polona Malovrh

(/mnenja/blogi/kreativno-navodila-za-uspesno-kampanjo.html)
Kreativno: Navodila za uspešno kampanjo
(/mnenja/blogi/kreativno-navodila-za-uspesno-...

Center naj bi Andrée Prosenčeva vrtem časa kot odvetnica zastopala tudi najemnico, to je banko Unicredit, pri kateri ima poslovni račun družba Smart Trade, katere družbenika sta Prosenčeva in njen sin.

**Odvetnica: Gre za akcijo bratov**

O tem, ali je bila odvetnica Unicredita, o skupščinskem sklepu iz leta 1999, Pignatellijevih očitkih in vseh z nepremičnino povezanih pogodbah smo Andrée Prosenčevi poslali dvajset podrobnih vprašanj. Zapisala je: «Sem odvetnica od leta 1968 in si ne dovolim nobenih insinuacij o nemoralnosti, kršitvi etičnih načel, zlorabi pooblastil in tako dalje, saj so mi takšna ravnanja tuja. Zanikam vse očitke kot neresnične, izmišljene in prilagojene interesom, ki jih sinova Doris Mayer zasledujeta v zadnjem letu. Sicer pa bo o vsem odločalo sodišče v Ljubljani, kjer sta vloženi dve tožbi.»

V nadaljevanju je pojasnila, da gre za spor v družini Mayer, ki so jo začel pred kakšnim letom s -podlimi, sramotnimi in zlobnimi akcijami sinov do lastne matere«. Brata, je zapisala, ne izbirata sredstev, zato so takih akcij po njenem deležni «vsi, ki so kakorkoli povezani z gospo Doris Mayer – tudi jaz«. Zatrdila je, da je Mayer Pignatelijeva mentalno in fizično zdrava, da je ugledna oseba, ki promovira svojo knjigo, in da je italijansko sodišče predlog za odvzem opravilno sposobnosti julija «gladko zavrnilo».

Neresničnost trditev po njenem dokazuje sklep o dedovanju iz 1991., po katerem je Mayerjeva najprej po očetu in nato po sestri Eddi podedovala celotno tretjo nadstropje na Wolfovi 1 in lahko z njim odtlej prosto razpolaga. Prav tako je imela od 1993. vsa pooblastila za vodenje Eurocapitala, v letu 1998 pa jo postala tudi lastnica družbe. «Celih 19 let nista nič enkrat vprašala, kaj se s firmo dogaja, od materen pa sta prejemala znatne zneske, ki so seveda evidentirani,« je še poudarila in dodala, da smo s zgodbo že ustvarili in da «takšno pisanje ne bo pripomoglo k izboljšanju odnosov družine Mayer«.

Retweet   ⓕ Deli z drugimi   3
(http://twitter.com/share)

**Povezane novice**



(/zgodbe/sobotnapriloga/federico-pignatelli-princ-in-poslovnez-v-modo-prihaja-gibanje.html)
Federico Pignatelli, princ in poslovnež: V modo prihaja gibanje
(/zgodbe/sobotnapriloga/federico-pignatelli-princ-in-poslovnez-v-modo-prihaja-gibanje.html)
13. oktober ob 21:00

Lastnik največji fotografskih in modnih studijev na svetu, v katerih snemajo oglaševalske kampanje in modne ikone.

**Preberite še**

 Stojimo za svojimi
besedami
(/novice/stojimo-za-svojimi-besedami.html)

 Nesreča na
smučišču: 3
vprašanja o
zavarovanju
(/oglasnosporocilo/ne-na-smucisu-

    

5 presenetljivih    Porschejev prvi    Slovenski odbojkarji    Zgodba o uspehu iz    Lokal je 'po pomoli'
napotkov za zdrave  kavamon za najmanj dobili novega           kulinj italijanskih    prejel Michelinovo
in lepe zobe        sto tisočakov      selektorja             non                    zvezdico



Če želite komentirati, se prijavite. (/login/frontend)

🏷 PRIJAVI

 ⊘ Skrij    ⓘ Pogoji komentiranja

Komentarjev: 2

Urejeno po času ⌃

⊕ | ponedeljek, 07. oktober 2013, ob 15:12:35    0 👍  0 👎

«Bedarije» so pa bedarije, ja.

**zmajček49** | ponedeljek, 07. oktober 2013, ob 12:50:32    1 👍  0 👎

Dobro, da ni kupila še Ljubljanice in Tromostovja. Pogodbe pri nas so všasih zelo čudno napisane. To je tudi zato, ker se je menjal Slovenski pravopis. "Kot" je kot in "Kod" je kod, plus ostale bedarije.

--- Right column ---

navodila-za-uspesno-kampanjo»
kampanjo.html)

Vzemite stvari v svoje roke. Dobesedno! Razmislite in najdite svoj «medij«, prek katerega bi radi posredovali svoje poglede.
(/mnenja/blogi/kreativno-navodila-za-uspesno-kampanjo.html)

(/mnenja/blogi/kreativno-navodila-za-uspesno-kampanjo.html#comments) Matej Povše

**Delo Plus**

(/mnenja/gostujoce-pero/privolimo-v-trpljenje-ne-pa-v-omalovazevanje.html#comments) Ifigenija Simonović (?iskalnik=Ifigenija Simonović)
Privolimo v trpljenje, ne pa v omalovaževanje (/mnenja/gostujoce-pero/privolimo-v-trpljenje-ne-pa-v-omalovazevanje.html)
Samozaposleni v kulturi: umetniki so večinoma (mailto:? deloholiki. Ustvarjanje ni hobi, ...
subject= [mnenja/gostujoce-pero/privolimo-v-trpljenje-ne-pa-v-omalovazevanje.html)
plat
hišo
pri
Tromostovju (/novice/slovenija/pre-vplivni-lokalni-serifi-v-body-http://www.delo.si/zgodbe/ozadja/temna-plat-vrtcih-in-solah.html#comments) Špela Kuralt (?hise-pri-iskalnik=Špela Kuralt)
tromostovju. (Pre)vplivni lokalni šerifi v vrtcih in šolah html)
(/novice/slovenija/pre-vplivni-lokalni-serifi-v-vrtcih-in-solah.html)
«Odločali smo se, ali izberemo nekoga, ki ga ne poznamo, ali nekoga, ki dobro dela z ...
(/novice/slovenija/pre-vplivni-lokalni-serifi-v-vrtcih-in-solah.html)

(/znanje/izobrazevanje/kabinet-cudes-spuscanje-gregorckov.html#comments) Nena Židov (?iskalnik=Nena Židov)
Kabinet čudes: Spuščanje gregorčkov (/znanje/izobrazevanje/kabinet-cudes-spuscanje-gregorckov.html)
Ne prvi pomladni dan, ko ljudje niso več potrebovali dodatne luči, so na rokah simboličmo spuščali goreče ...
(/znanje/izobrazevanje/kabinet-cudes-spuscanje-gregorckov.html)

**Tiskane izdaje**

 Danes    Danes    Danes    Danes     Včeraj

Video
Kako uporabljati
pregledovalnik
(http://www.youtube.com/watch?

# DELO

🔲🔲🔲🔲🔲🔲
(http://www.facebook.com/pages/Delo/1671819466330)

(/arhiv/tiskanocs/posebnaprilogadelo/2016/1222/1)

**O podjetju**
(http://dd.delo.si/)

Delo d.o.o.
Dunajska 5
1509 Ljubljana

(mailto:kontakt@delo.si)

**Kontakt (/faq)**
English presentation (/faq?
english)

**Rubrike**

Novice (/novice)
Svet (/svet)
Gospodarstvo
(/gospodarstvo)
Mnenja (/mnenja)
Šport (/sport)
Kultura (/kultura)
Znanje (/znanje)
Prosti čas (/prosti-cas)
Ozadja (/ozadja)
Sobotna priloga (/sobotna)
Nedelo (/nedelo)

**Tiskane izdaje**

Delo
(/arhiv/tiskanocs/delo/2017/0303/1)
Sobotno delo
(/arhiv/tiskanocs/delo/2017/0225/1)
Sobotna priloga
(/arhiv/tiskanocs/sobotna-
priloga/2017/0225/1)
Nedelo
(/arhiv/tiskanocs/nedelo/2017/0226/1)
Ona
(/arhiv/tiskanocs/ona/2017/0228/1)
Delo in dom
(/arhiv/tiskanocs/delodom/2017/0301/1)
Vikend
(/arhiv/tiskanocs/vikend/2017/0303/1)

Odprta kuhinja
(/arhiv/tiskanocs/odprtakuhinja/2017/0226/1)
Super 50
(/arhiv/tiskanocs/50plus/2017/0206/1)
Rekord
(/arhiv/tiskanocs/rekord/2016/0721/1)
Svet kapitala
(/arhiv/tiskanocs/svetkapitala/2017/0303/1)
Posebna priloga
(/arhiv/tiskanocs/posebnaprilogadelo/2016/1222/1)
(/arhiv/tiskanocs/posebnaprilogadelo/2016/1222/1)

**Storitve**

(/arhiv/tiskanocs/posebnaprilogadelo/2016/1222/1)
(/arhiv/tiskanocs/posebnaprilogadelo/2016/1222/1)
Oglasno (oglasno)
Oglaševanje
(http://oglasi.delo.si)
Mali oglasi
(http://oglasi.delo.si/malioglasi)
Osmrtnice
(http://oglasi.delo.si/osmrtnice-
in-zahvale)
Zahvale
(http://oglasi.delo.si/osmrtnice-
in-zahvale)

**Spletna mesta**

Slovenija (http://www.slovenija.si)
Deloindom (http://www.deloindom.si)
Svet kapitala
(http://www.svetkapitala.si)
Polet (http://www.polet.si)
Delo in Dom
(http://www.deloindom.si)
Zaposlitev
(http://zaposlitev.delo.si)
Nepremičnine
(http://nepremicnine.delo.si)
Oglasi (http://oglasi.delo.si)
Delo d.o.o. (http://dd.delo.si)
Trgovina (e-trafika)
(http://trgovina.delo.si)

---

Delo.si (/) © Delo d.o.o. 2011. Vse pravice pridržane.   Uredništvo (/faq?uredništvo)   Pogosta vprašanja (/faq)   Pogoji uporabe
(http://legal.delo.si)   Piškotki
(http://promo.delo.si/piskotki)



# EUROCAPITAL PARTNERS ESTATE d.o.o.

**Orodja**

O podjetju    Finančni podatki    Analiza podjetja    Aktualne objave

Orodja

## O podjetju

Dodaj v bizi.si obveščevalec    Dodaj v portfelj

Davčna številka SI: **27328830**

Matična številka: **5700728000**

📍 **Trg republike 3, 1000 Ljubljana**

🔗 Več kontaktnih podatkov TIS-u

## Matično podjetje

Vsi podatki

Dolgi naziv PRS:

EUROCAPITAL PARTNERS ESTATE d.o.o., consulting in trgovina Ljubljana

Davčna številka SI:

27328830

Matična:

5700728000

Status:

POSLOVNI SUBJEKT POSLUJE

Zavezanec za DDV:

Da

Zadnja sprememba:

Druge spremembe

Število zaposlenih:

0 zaposlenih

Dejavnost TSmedia:

Podjetniške in poslovne storitve Uredi

⟨⟩ Transfer



Najboljša
**smuka**
ta teden bo ...

PREVERITE NA

vreme.siol.net/smucisca

---

## Sorodna podjetja

REALITETA, d.o.o.
PEŠČENA URA d.o.o.
Negotium, Andrej Bôle, s.p.

---

**PODJETJA**

Išči po dejavnostih
Naredi analizo trga
Seznam
**POSLOVNE NOVICE**

Novice
Borzne objave
Bizi svetuje
Blog
Dogodki
Brezplačne bizi delavnice
**STORITVE**

Naroči polni bizi
Moj bizi
Oglaševanje
Bonitetna poročila
Order credit report
Mobilna aplikacija
API dostop
**INFORMACIJE**

O nas
Pomoč
TSmedia kontakt
Pogosta vprašanja
Pravila in pogoji
Piškotki

**bizi.si**
Poslovni asistent bizi.si

 bizi@tsmedia.si

 01 473 00 49



SKD:

M70.220 - Drugo podjetniško in poslovno svetovanje

Datum vpisa:

19.1.1993

Vir: AJPES, Banka Slovenije (TRR), TSmedia (Status)

## Stanje TRR

Skladni TRR

🔒 Odprtih: 2      ⊙ Zaprtih: 1

🔒 IBAN SI56 1010 0005 1487 595 (BANKA KOPER d.d.) T*

🔒 IBAN SI56 2900 0005 1508 603 (UNICREDIT BANKA SLOVENIJA d.d.) T*

⊙ IBAN SI56 2900 0000 3083 875 (UNICREDIT BANKA SLOVENIJA d.d.) T*

Informacija o sklandih TRR je dostopna točno določenim, obvestilo vključe ali račun zaprt.

*Omejeni ali razširjen
T: Trr za opravljanje plačilnega prometa

Vir: AJPES, Banka Slovenije (TRR)

## Ključne osebe

### Nadzorniki:

Nadzornik ni vpisan

### Ustanovitelji in njihovi deleži:

PIGNATELLI DELLA LEONESSA FEDERICO                    Prikaži delež

PIGNATELLI LUIGI                                      Prikaži delež

### Zastopniki:

ZLATNAR GAŠPER, prokurist , PIGNATELLI DELLA LEONESSA FEDERICO  direktor

Vir: AJPES



## Finančni podatki

📥 Izvozi finančne podatke

📊 Bilanca stanja    📈 Izkaz poslovnega izida    📊 Kazalniki    📊 Bonitetna ocena



Ogljete si podatke o čistem prihodku
in čistem dobičku/izgubi







iPad   6:43 PM

metropolispoints.com

*Metropolispoints*

Federal or Stat...   TruthFinder   www.truthfinde...   Donald Trump p...   sued efinition ...   Prince Federico...   The Impression   ⊗ PIGNATELLI,...

Attractions   Museums   Hotels   Restaurants   Shops   Arts-Shows   NightLife   Parks   Monuments   Categories

Search businesses near city

Login   Sign up

username or email

password

🔍 Search

Post Ad Free

#1 PREMIUM FRESH BREATH SOLUTION ONLINE!

FREE FRESH BREATH KIT   Try It Now!

30-Day Fresh Breath Kit $40 Value for FREE   No Extra Obligation*   *$5.95 S&H Required

Best article site Voticle.com. Vote interesting articles and submit your original ones.

# PIGNATELLI, FEDERICO, New York City

468, west broadway

(212) 206-7600

Business Name: PIGNATELLI, FEDERICO

Address: 468, west broadway

Phone: (212) 206-7600

City: New York City 10011, Region: NY, Country: United States

Directions to PIGNATELLI, FEDERICO, New York City

Get directions to PIGNATELLI, FEDERICO New York City

PIGNATELLI, FEDERICO is located at 468, west broadway (212) 206-7600 New York City NY 10011 United States

# 468, west broadway Tel: (212) 206-7600

30-Day Fresh Breath Kit For FREE

$40 VALUE No Extra Obligation*

FREE FRESH BREATH KIT   Try It Now!   *$5.95 S&H Required

#1 PREMIUM FRESH BREATH SOLUTION ONLINE!

Course that teaches the best practices

Build Your Dental Practice



More about Eurocapital Partners Inc

Eurocapital Partners Inc New York, NY 10012 - YP.com
m.yp.com › new-york-ny › mip › euroca...

Get business info on Eurocapital Partners Inc. Search for other Investment Securities in New York, NY.

Eurocapital Partners New York NY, 10012 – Manta.com
www.manta.com › eurocapital-partners-inc

More Details for Eurocapital Partners Inc. Categorized under Investment Securities. Our records show it was established ...

NY - (212) 260-8500, Eurocapital Partners Inc - Directionsus.com
Directionus.com › ny › new-york › euro...

Details of Eurocapital Partners Inc. Eurocapital Partners Inc is located at 468 W Broadway, NEW YORK 10012, United ...

Eurocapital Partners Inc in New York, NY 10012 - Phone (212) 260 ...
www.networkmanager.info › detail › eur...

Find Eurocapital Partners Inc 468 W Broadway New York, NY 10012. Call them at (212) 260-8500, 2122608500.

Eurocapital Partners - New York NY (212) 260-8500 - LocalStack
https://www.localstack.com › biz › euroc...

Eurocapital Partners has a SocialScore of 0. Find more social media ... view more "Financial Planning and Investments" in New York, NY. Like ... 468 W Broadway, New York, NY 10012. Call Today ... ©2015 LocalStack, Inc. All rights reserved.

Rcf Capital Partners LLC in New York, NY 10012, +1 212 334 3161 ...
locNewYork.com › Rcf+Capital+Partners...



peoplefinders℠

People Search | Background Check | Criminal Records | Public Records | Reverse Phone

Home » People Search » Search Results

Join | Login | My Account
Sign up for a membership

Public Records Search

| Federico | M.I. | Pignatelli | Ny | New York ▸ | Age | First Name | Last Name | State All States | Birth Month ▸ | Birth Day ▸ | Birth Year ▸ | Start Search |

Update Search

**Name**            **Age**      **Location**           **View Data**
Federico Pignatelli   64         New York, NY

Public Information for **Federico Pignatelli**

Sponsored by **TruthFinder.com**

GET RECORDS →

**Name**            **Age**      **Location**           **Records Found**
Federico Pignatelli   64         Los Angeles, CA

Public Information for **Federico Pignatelli**

View All Details

Sponsored by **Peoplelooker.com**

**Name**            **Age**      **Location**           **View Data**
Federico Pignatelli   64         New York, NY

Personal Records for **Federico Pignatelli**

GET RECORDS →

Sponsored by **InstantCheckmate.com**